

Ford Marrin Esposito
Witmeyer & Gleser, LLP

Wall Street Plaza, 16th Floor
New York, NY 10005
Tel +1 212 269 4900
Fax +1 212 344 4294

JOHN A. MATTOON
jmattoon@fordmarrin.com

www.fordmarrin.com

October 13, 2022

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   10/14/2022

      **RE:**    *Starr Indemnity & Liability Company v. Philadelphia Indemnity Ins. Co.*
              22-CV-7365 (VSB)
              <u>**Adjournment Request – Initial Conference**</u>

Dear Judge Broderick:

      The undersigned writes on behalf of plaintiff Starr Indemnity & Liability Company ("Starr") pursuant to Your Honor's Order and Notice of Initial Conference, dated September 30, 2022, as well as Rule 1G of Your Honor's Individual Rules & Practices.

      I hereby respectfully request a brief adjournment of the parties' deadline to file a proposed Case Management Plan and accompanying letter providing a description of this action.

      As required by Rule 1G, please be advised that the original deadline for the submission is October 14, 2022. This is the first request for an adjournment or extension of time. Furthermore, counsel for defendant Philadelphia Indemnity Ins. Co. ("Philadelphia") consents in this request.

      Since receiving Your Honor's September 30th notice, counsel for the parties have been coordinating on a proposed Case Management Plan that would expedite the resolution of this action. This is an insurance coverage action arising out of an underlying personal injury case. Discovery in that underlying case is complete, motions for summary judgment have been decided, and that case is currently scheduled for trial in the next few months. Therefore, counsel for the parties in this action are in discussions as to whether any discovery is necessary before the parties file dispositive motions on the insurance coverage issues raised in the pleadings.

      In order to hopefully submit an expedited Case Management Plan that will be acceptable to the Court, I hereby request a one-week adjournment of the current October 14th deadline until <u>October 21, 2022</u>. Such an extension would allow for client review and input regarding an expedited schedule, which input is not fully possible at this time due to the fact that a client representative for Starr is currently out of the country.

      Please feel free to contact the undersigned with any questions regarding this matter.

Regards,

*/s/ John A. Mattoon*

**Ford Marrin Esposito**
  **Witmeyer & Gleser LLP**
*Counsel for Plaintiff*
*Starr Indemnity & Liability Co.*