UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                      :
STARR INDEMNITY & LIABILITY INS.                      :
CO.,                                                  :
                                                      :
                        Plaintiff,                    :
                                                      :               22-CV-7365 (VSB)
            - against -                               :
                                                      :               **ORDER**
PHILADELPHIA INDEMNITY INS. CO.,                      :
                                                      :
                        Defendant.                    :
                                                      :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Given the pending summary judgment, the post-discovery conference currently scheduled

for April 21, 2022, at 3:00 p.m., is adjourned pending further order of the Court.

SO ORDERED.

Dated: April 19, 2023
        New York, New York

Vernon S. Broderick
United States District Judge